CASE NO. B-12-CR-435

INSTRUMENT NO. 9

United States District Court
Southern District of Texas
FILED

SEP 18 2012

Clerk Of Court

# SEALED RECORD

DESCRIPTION OF CONTENTS: Sealed Motion and Affidavit

SEALED BY ORDER OF THE COURT
AND MAY NOT BE OPENED UNLESS
BY ORDER OF THE COURT