United States District Court
Southern District of Texas
ENTERED

OCT - 4 2012

David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED

OCT 0 4 2012

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO: B-12-435 |
| | § |
| FERNANDO ALEJANDRO | § |
| CANO-MARTINEZ | § |

### ORDER

The Government has filed a motion to seal the proceeding presently set for 10:00 a.m. on October 4, 2012, as well as related matters. The Court hereby provides interested parties with an opportunity to be heard before the proceeding is closed, including but not limited to proposed alternatives to the proposed closure and sealing of documents. *See In re Hurst Newspapers, LLC*, 641 F.3d 168, 181 (5th Cir. 2011).

The Court therefore **ORDERS** the hearing presently set for 10:00 a.m. on October 4, 2012, **RESET** to 4:00 p.m. on October 4, 2012, to permit as much as time feasible in these circumstances for interested parties to be heard on the potential closure.

DONE at Brownsville, Texas, on October 4, 2012.

_____
Hilda G. Tagle
United States District Judge