OS
5/10/2013
**BROWNSVILLE** DIVISION
FILE: 2012R10550

Un-SEALED 12/2/13
OCDETF
SUPERSEDING CRIMINAL DOCKET   NO. <u>B-12-435-S1</u>

| | | |
|---|---|---|
| <u>INDICTMENT</u> | Filed: <u>MAY 22, 2012</u> | udge: <u>HILDA G. TAGLE</u> |
| COUNTY:   Cameron | Superseding Filed: <u>MAY 22, 2013</u> | |

**ATTORNEYS:**

**UNITED STATES OF AMERICA**
**vs.**

<u>KENNETH MAGIDSON, USA</u>
<u>CHARLES E. LEWIS, AUSA</u>
<u>JULIE HAMPTON, AUSA</u>
<u>JODY YOUNG, AUSA</u>

<u>TOMAS YARRINGTON RUVALCABA   (YOB: 1957 )   MEXICO (Cts. 1-5, 8,10,11 )   **WARRANT**</u>
<u>FERNANDO ALEJANDRO CANO MARTINEZ (YOB: 1956) MEXICO (Cts.1,3-7,9)   **WARRANT**</u>

**CHARGE:**  Ct. 1:   RICO Conspiracy;
Total              18 USC 1962(d)
Counts     Ct. 2:   Conspiracy to Import Cocaine and Marijuana into U.S.;
(11)              21 USC 963
           Ct. 3: Conspiracy to Launder Monetary Instruments;
              18 USC 1956 (h)
           Ct. 4: Conspiracy - False Statements to Financial Institutions;
              18 USC 371 & 18 USC 1014
           Ct. 5: Conspiracy to Commit Bank Fraud;
              18 USC 1349
           Cts. 6-10: Bank Fraud, Aiding and Abetting ;
              18 USC 1344 and 2
           Ct. 11: Conspiracy to Structure Transactions To Avoid Reporting Requirement;
              18 USC 371 & 31 USC 5324
           NOTICE OF FORFEITURE

**PENALTY:** **Ct. 1:** 0 - LIFE, $10 million or twice the gross gain or loss involved, not more than 5 yrs SRT, $100 Special Assessment
**Ct. 2:** 10 - LIFE, $10 million or twice the gross gain or loss involved, not less than 5 yrs SRT, $100 Special Assessment;
**Ct. 3:** Not more than 20 years, $500,000.00 or twice the gross gain or loss involved, not more than 3 years SRT, $100 Special Assessment;
**Ct. 4:** 5 years, Fine or twice the gross gain or loss involved, not more than 3 years SRT, $100 Special Assessment;
**Cts.5-10:** 30 years, $1,000,000.00 or twice the gross gain or loss involved, not more than 3 years SRT, $100 Special Assessment;
**Ct.11:** 5 years, Fine or twice the gross gain or loss involved, not more than 3 years   SRT, $100 Special Assessment;

In Jail:
On Bond:
No Arrest: X
HSI-BRO: John Lyons
IRS-BRO: Joe Salinas

## P R O C E E D I N G S: